IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. 07-1000 |
|  | ) |  |
| VARIOUS PARCELS OF PROPERTIES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

ORDER

AND NOW, this 7th day of Jan., 2011, upon consideration of the United States' Motion to Dismiss without Prejudice, it is hereby ORDERED, ADJUDGED, AND DECREED, that the following property in the above-captioned case is dismissed without prejudice.

Real property located at 4051 Shahen Drive, San Bernardino, San Bernardino County, CA 92404

_____
United States District Court