IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1000 |
| VARIOUS PARCELS OF PROPERTIES, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 5th day of Aug, 2011, upon consideration of the United States' Motion to Dismiss without Prejudice, it is hereby ORDERED, ADJUDGED, AND DECREED, that the following property in the above-captioned case is dismissed without prejudice.

> Real property known and numbered as 15543 Sharon Court, Fontana, San Bernardino County CA 92336
>
> Real Property known and numbered as 302 West Woodbury Road, Altadena, Los Angeles County, CA 91001

The clerk shall mark this case closed.

_____
United States District Court